# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, John Doe 1, John Doe 2, and John and Jane Does 1-100, | ) ) ) ) ) |
| Plaintiffs, | ) C.A. NO.: 6:22-CV-02957-HMH ) ) |
| v. | ) ) |
| Varsity Brands, LLC; Varsity Sprit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation; USA Federation for Sport Cheering d/b/a USA Cheer; Charlesbank Capital Partners, LP; Bain Capital, LP; Jeff Webb, individually; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster as the personal representative of the Estate of Scott Foster; Kathy Foster, individually; Josh Guyton; Traevon Black a/k/a Trey Black n/k/a Tracey Black; and other Unknown Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT JEFF WEBB'S MOTION TO DISMISS

Defendant Jeff Webb ("Mr. Webb") by and through his undersigned counsel, hereby moves to dismiss Plaintiffs' claims pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. As demonstrated more fully in Defendant Jeff Webb's Memorandum of Law in Support of his Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, the Court should dismiss Plaintiffs' claims in their entirety because the Court cannot exercise personal jurisdiction over Mr. Webb for Plaintiff's causes of action against him and because Plaintiff has failed to state a claim upon which

1

2

relief can be granted as to any of the causes of action asserted in their First Amended Complaint against Mr. Webb.

WHEREFORE, Mr. Webb respectfully requests that, pursuant to Fed. R. Civ. P. 12(b)(2) and/or 12(b)(6), this Court should grant his Motion to Dismiss Plaintiffs' First Amended Complaint in its entirety.

FAYSSOUX & LANDIS, ATTORNEYS AT LAW, P.A.

*/s/James W. Fayssoux, Jr.*
James Walter Fayssoux, Jr. (Federal Bar # 7449)
Paul S. Landis (Federal Bar # 10084)
Geoffrey W. Gibbon (Federal Bar # 10056)
209 E. Washington Street
Greenville, SC  29601
Telephone: (864)233-0445
*wally@fayssouxlaw.com*
*paul@fayssouxlaw.com*
*geoff@fayssouxlaw.com*

LOCKE LORD LLP

Paul Coggins*
Brendan Gaffney*
Katherine Wright*
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com
katie.wright@lockelord.com

* Admitted *pro hac vice*

**ATTORNEYS FOR JEFF WEBB**

Dated: December 19, 2022

131059039v.1