IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, John Doe 1, John Doe 2, and John and Jane Does 1-100, | ) ) ) ) | **C.A. No. 6:22-2957-HMH** |
| Plaintiffs, | ) ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation; Jeff Webb; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster, as the personal representative of the Estate of Scott Foster; Kathy Foster, individually; Kenny Feeley; Josh Guyton; Nathan Allan Plank; Christopher Hinton; Tracy a/k/a or f/k/a Traevon Black; Peter Holley; and other Unknown Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Jane Doe 8, | ) | |
| Plaintiff, | ) ) | **C.A. No. 6:22-3508-HMH** |
| vs. | ) ) ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation; Jeff Webb, individually; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster, as the personal representative of the Estate of Scott Foster; Kathy Foster, individually; Josh Guyton; Christopher Hinton; Traevon Black a/k/a Trey Black n/k/a Tracey Black; and other unknown defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| Jane Doe 9, )<br>     Plaintiffs, )<br>)<br> vs. )<br>)<br>Varsity Brands, LLC; Varsity Spirit, LLC; )<br>Varsity Brands Holding Company, Inc.; )<br>Jeff Webb, individually; Rockstar Cheer & )<br>Dance, Inc.; Katherine Anne Foster, as )<br>the personal representative of the Estate of )<br>Scott Foster; Kathy Foster, individually; )<br>Josh Guyton; Traevon Black a/k/a Trey )<br>Black n/k/a Tracey Black; and other )<br>unknown defendants, )<br>)<br>     Defendants. ) | **C.A. No. 6:22-3509-HMH** |
| John Doe 3, )<br>)<br>     Plaintiffs, )<br>)<br> vs. )<br>)<br>Varsity Brands, LLC; Varsity Spirit, LLC; )<br>Varsity Brands Holding Company, Inc.; )<br>Jeff Webb, individually; Rockstar Cheer & )<br>Dance, Inc.; Katherine Anne Foster, as the )<br>personal representative of the Estate of )<br>Scott Foster; Kathy Foster; Traevon Black )<br>a/k/a Trey Black n/k/a Tracey Black; Jarred )<br>Carruba; and other unknown defendants, )<br>)<br>     Defendants. ) | **C.A. No.  6:22-3510-HMH** |

  The Court has been advised by counsel for Plaintiffs; Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; and Jeff Webb that these parties only have settled the claims in 6:22-2957, 6:22-3508, 6:22-3509, and 6:22-3510.

  Based on this representation, it is ordered that these actions are hereby

dismissed without costs and without prejudice with respect to Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; and Jeff Webb only. If settlement is not consummated within sixty (60) days, either Plaintiffs or any of the above identified defendants, Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; and Jeff Webb may petition the Court for further relief as appropriate. By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 381-82 (1994).

       The dismissal hereunder shall be <u>with prejudice</u> if no action is taken within sixty (60) days from the filing date of this order.

       IT IS SO ORDERED.

                               s/Henry M. Herlong, Jr.
                               Senior United States District Judge

November 14, 2023
Greenville, South Carolina