# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, John Doe 1, John Doe 2, and John and Jane Does 1-100, <br><br> Plaintiffs, <br><br> v. <br><br> Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation; Jeff Webb; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster as the Personal Representative of the Estate of Scott Foster; Kathy Foster, Individually, Kenny Feeley; Josh Guyton; Nathan Allan Plank; Christopher Hinton; Tracy a/k/a or f/k/a Traevon Black; Peter Holley; and other Unknown Defendants, <br><br> Defendants. | Civil Action No.: 6:22-cv-02957-HMH |
| Jane Doe 8, <br><br> Plaintiff, <br><br> v. <br><br> Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation; Jeff Webb, individually; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster as the Personal Representative of the Estate of Scott Foster; Kathy Foster, Individually; Josh Guyton; Christopher Hinton; Traevon a/k/a Trey Black n/k/a Tracey Black; and other Unknown Defendants, <br><br> Defendants. | Civil Action No.: 6:22-cv-03508-HMH |

| | | |
|---|---|---|
| Jane Doe 9, | ) | Civil Action No.: 6:22-cv-03509-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation; Jeff Webb, individually; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster as the Personal Representative of the Estate of Scott Foster; Kathy Foster, Individually; Josh Guyton; Traevon Black a/k/a Trey Black n/k/a Tracey Black; and other Unknown Defendants, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| John Doe 3, | ) | Civil Action No.: 6:22-cv-03510-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation; Jeff Webb, individually, Rockstar Cheer & Dance, Inc.; Katherine Anne Foster as the Personal Representative of the Estate of Scott Foster; Kathy Foster; Traevon Black a/k/a Trey Black n/k/a Tracey Black; Jarred Carruba; and other Unknown Defendants, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' EXPERT DISCLOSURES PURSUANT TO RULES 26(B) AND (C)**
**(FILED UNDER SEAL)**

Pursuant to Rule 26(B) and (C) of the Federal Rules of Civil Procedure (FRCP), as well as all applicable local rules, Plaintiffs file this disclosure, and designate the following experts who may be called upon during a trial of this matter to testify on behalf of all Plaintiffs:

**A. Experts Pursuant to Rule 26(B), FRCP:**

1. Gaye Allen-Cook, BS, MA, QMHP, LPC
   1947-D Hoffmeyer Road
   Florence, South Carolina 29501

Plaintiffs have included Ms. Allen-Cook's current Curriculum Vitae and will supplement this identification upon receipt of her report(s).

2. R. Leslie Nichols, CPOP, MSSA
   R.L. Nichols & Associates, LLC
   1739 University Avenue, Suite 228
   Oxford, MS 38655

Plaintiffs have included Mr. Nichol's current Curriculum Vitae and will supplement this identification upon receipt of his report(s).

3. Debbie L. Caskey, CVE, CLCP, CRC, CCM, CDMS
   Vocational & Disability Assessments, Inc.
   Charlotte, NC 28269

Plaintiffs have included Ms. Caskey's Curriculum Vitae and will supplement this identification upon receipt of her report(s).

4. Raymond "Skip" Sauer
   Professor of Economics, Clemson University
   312 Wilbur O. and Ann Powers College of Business
   343 Chandler L. Burns Hall
   Clemson, SC 29634

Plaintiffs have included Mr. Sauer's Curriculum Vitae and will supplement this identification upon receipt of his report(s).

B.  **Experts Pursuant to Rule 26(C), FRCP:**

1.  **Jane Doe 1**

    a.  Holly Tree Family Practice
        1338 Highway 14
        Simpsonville, South Carolina 29681

    b.  Prisma Health Marshall I. Pickens Hospital
        701 Grove Road
        Greenville, South Carolina 29605

    c.  Dawn Diermann Treigle, MSW, LCSW
        315 Metairie Road, Suite 102
        Metairie, LA 70005

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

2.  **Jane Doe 2**

    a.  Tenafly Pediatrics
        1135 Broad Street
        Clifton, NJ 07013
    b.  Atrium Health Primary Care Cabarrus Family Medicine
        12925 US-601, Suite 300
        Midland, North Carolina 28107

    c.  Novant Health Arbor Pediatrics
        2927 Lyndhurst Avenue
        Winston-Salem, North Carolina 27103

    d.  Dawn Diermann Treigle, MSW, LCSW
        315 Metairie Road, Suite 102
        Metairie, LA 70005

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

3. **Jane Doe 3**

    a. Resilient Mind Counseling, PLLC
       41 Clayton Street, #300
       Asheville, North Carolina 28801

    b. Melissa Piazza Richard, LCSW, LLC
       1046 North Carroll Avenue
       New Orleans, LA 70119

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

4. **Jane Doe 5**

    a. Parkside Pediatrics
       211 Batesville Road
       Simpsonville, South Carolina 29681

    b. Dawn Diermann Treigle, MSW, LCSW
       315 Metairie Road, Suite 102
       Metairie, LA 70005

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore

expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

    5.    **Jane Doe 6**

        a.    Harmony Hills
              18121 Boys Ranch Road
              Altoona, Florida 32702

        b.    Focus Forward Counseling and Consulting
              5971 Parkway North Boulevard, Suite 110
              Cumming, Georgia 30040

        c.    Resurgens Orthopedics
              6335 Hospital Parkway, Suite 200
              Johns Creek, Georgia 30097

        d.    North Chattahoochee Family Physicians
              11549 Johns Creek Parkway, Suite 250
              Johns Creek, Georgia 30097

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

    6.    **Jane Doe 7**

        a.    Asheville Children's Medical Center
              7 Vanderbilt Park Drive, Suite 100A
              Asheville, North Carolina 28803

        b.    Safelight
              317 North Washington Street
              Hendersonville, North Carolina 28739

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses,

medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

7. **Jane Doe 8**

    a.    Boones Creek Medical, PLLC
           1000 West Jackson Boulevard, Suite 5 & 6
           Jonesborough, Tennessee 37659

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

8. **Jane Doe 9**

    a.    Children's Medical Center – Simpsonville
           307 North Main Street
           Simpsonville, South Carolina 29681

    b.    Prisma Health Pediatrics – Spartanburg
           249 North Grove Medical Park Drive, Suite 100
           Spartanburg, South Carolina 29303

    c.    Sherbondy's Psychiatric Solutions
           225 Aldey Way
           Greenville, South Carolina 29607

    d.    Prisma Health Marshall I. Pickens Hospital
           701 Grove Road

           Greenville, South Carolina 29605

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses,

medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

    9.    **John Doe 1**

        a.    Southern Hills Pediatrics
              5775 South Fort Apache Road, #110
              Las Vegas, Nevada 89148

        b.    Melissa Piazza Richard, LCSW, LLC
              1046 North Carroll Avenue
              New Orleans, LA 70119

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

    10.    **John Doe 2**

        a.    Prisma Health Primary Care
              876 West Faris Road
              Greenville, South Carolina 29605

        b.    Phoenix Center
              P.O. Box 1948
              Greenville, South Carolina  29602

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

12. **John Doe 3**

    a.    Family Medicine of Abbeville
           901 West Greenwood Street
           Abbeville, South Carolina 29620

    b.    Aurora Pavilion Behavioral Health
           655 Medical Park Drive
           Aiken, South Carolina 29801

    c.    Beckman Center for Mental Health Services
           1547 Parkway
           Greenwood, South Carolina 29646

    d.    Beyond Abuse
           115 East Alexander Avenue
           Greenwood, South Carolina 29646

    e.    Spartanburg Regional Medical Center
           101 East Wood Street
           Spartanburg, South Carolina 29303

    f.    Dawn Diermann Treigle, MSW, LCSW
           315 Metairie Road, Suite 102
           Metairie, LA 70005

Plaintiff received care and treatment from the aforementioned providers related to the injuries alleged in this matter and these providers are familiar with Plaintiff's clinical diagnoses, medical condition(s), past treatment and future treatment needs. These providers are therefore expected to testify regarding their care, the medical necessity of this care, any potential future care, and any other information on which they are deemed competent to testify.

*Signature Page to Follow*

**MCGOWAN, HOOD, FELDER & PHILLIPS, LLC**

s/ S. Randall Hood
S. Randall Hood (SC Fed ID 6103)
Chad A. McGowan (SC Fed ID 6620)
1539 Health Care Drive
Rock Hill, SC 29732
Phone: (803) 327-7800
Facsimile: (803) 324-1483
rhood@mcgowanhood.com
cmcgowan@mcgowanhood.com

Whitney Boykin Harrison (SC Fed ID 11604)
1517 Hampton Street
Columbia, South Carolina 29201
Phone: (803) 779-0100
Facsimile: (803) 787-0750
wharrison@mcgowanhood.com

**STROM LAW FIRM, LLC**

Jessica L. Fickling (SC Fed. ID No. 11403)
Bakari T. Sellers (SC Fed. ID No. 11099)
Joseph Preston Strom (SC Fed. ID No. 4354)
Mario A. Pacella (SC Fed. ID No. 7538)
Amy E. Willbanks (SC Fed. ID No. 13537)
Alexandra Benevento (SC Fed. ID No. 10734)
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone: (803) 252-4800
Facsimile: (803) 252-4801
Email: bsellers@stromlaw.com
        petestrom@stromlaw.com
        mpacella@stromlaw.com
        awillbanks@stromlaw.com
        jfickling@stromlaw.com
        abenevento@stromlaw.com

*Attorneys for Plaintiffs Jane Doe 1, Jane Doe 3, Jane Doe 8 and Jane Doe 9*

Rock Hill, South Carolina

December 4, 2023