# EXHIBIT C

Gaye Allen-Cook's Expert Reports
Regarding Jane Does 1-9 and
John Does 1-3

(To be Produced *In Camera* to the Court)