# EXHIBIT E

Debbie Caskey's Expert Reports Regarding Jane Does 1-9 and John Does 1-3

(To be Produced *In Camera* to the Court)